BISHOP REALTY AND RENTALS, INC. d/b/a Bishop Business Brokers, Respondent v. PERK, INC. d/b/a Reilley's and Thomas Reilley, Petitioners.
(362 S. E. (2d) 26)

Supreme Court

Nov. 17, 1987.

ORDER

The petition for writ of certiorari is denied. We read the opinion of the Court of Appeals as merely determining that it was error to direct a verdict in favor of petitioners and not as directing entry of judgment in favor of respondent.